**Sommerfield v. City of Chicago, Case No. 06 C 3132**
**Privilege Log**

| Date | Document | Author | Addressee | Subject | Basis for withholding |
|---|---|---|---|---|---|
| 10/11/2006 | Electronic Mail | Joseph Graham | Eileen Bell | Re: Sommerfield case in federal court | Attorney-Client Communication |
| 07/02/2004 | City of Chicago Memorandum | Eileen Bell | Sgt. Robert Flores | Re: Detlef Sommerfield and the City of Chicago, Chicago Police Department; EEOC Charge No. 210-2004-05557 | Attorney-Client Communication; Attorney Work Product |
| 04/13/2005 | City of Chicago Fax Transmission | Eileen Bell | Sgt. Karen Konow | Sommerfield EEOC Charge | Attorney-Client Communication |
| 03/22/2005 | Attorney Notes | Eileen Bell | | EEOC Settlement Demand | Attorney Work Product |
| 04/11/2005 | Attorney Notes | Eileen Bell | | EEOC Settlement Demand | Attorney Work Product |
| 02/01/2005 | Attorney Notes | Eileen Bell | | EEOC Demand | Attorney Work Product |
| 02/01/2005 | Attorney Notes | Eileen Bell | | EEOC Demand | Attorney Work Product |

Case 1:06-cv-03132   Document 211-1   Filed 06/02/08   Page 2 of 6

| | | | | | |
|---|---|---|---|---|---|
| **02/02/2005** | **Attorney Notes** | **Eileen Bell** | | **EEOC Demand** | **Attorney Work Product** |
| **01/28/2005** | **Attorney Notes** | **Eileen Bell** | | **EEOC Demand** | **Attorney Work Product** |
| **01/20/2005** | **Attorney Notes** | **Eileen Bell** | | **Determination Letter** | **Attorney Work Product** |
| **01/05/2005** | **Attorney Notes** | **Eileen Bell** | | **Determination Letter** | **Attorney Work Product** |
| **12/17/2004** | **Electronic Mail** | **Eileen Bell** | **Sgt. Robert Flores** | **Conciliation for Detlef Sommerfield-EEOC** | **Attorney-Client Communication** |
| **12/17/2004** | **Attorney Notes** | **Eileen Bell** | | **Determination Letter** | **Attorney Work Product** |
| **12/16/2004** | **Attorney Notes** | **Eileen Bell** | | **Determination Letter** | **Attorney Work Product** |
| **12/30/2004** | **Draft** | **Eileen Bell** | | **EEOC Respondent's Position Statement and Response to Charge** | **Attorney Work Product** |
| **02/11/2005** | **Electronic mail** | **Eileen Bell** | **Sgt. Robert Flores** | **Sommerfield-EEOC Charge No. 210-2004-05557** | **Attorney-Client Communication** |

2

| 02/10/2005 | Attorney Notes | Eileen Bell | | Notes | Attorney Work Product |
|---|---|---|---|---|---|
| 01/31/2005 | Attorney Notes | Eileen Bell | | Notes | Attorney Work Product |
| 01/28/2005 | Attorney Notes | Eileen Bell | | Notes | Attorney Work Product |
| 11/29/2004 | Attorney Notes | Eileen Bell | | Notes | Attorney Work Product |
| 11/24/2004 | Attorney Notes | Eileen Bell | | Notes | Attorney Work Product |
| 07/15/2004 | Attorney Notes | Eileen Bell | | Notes | Attorney Work Product |
| 07/02/2004 | Attorney Notes | Eileen Bell | | Notes | Attorney Work Product |
| 07/14/2004 | CPD Memorandum | Sgt. Robert Flores | Eileen Bell | Detlef Sommerfield v. City of Chicago, 210-2004-05557 | Attorney-Client Communication |
| 01/28/2005 | Electronic Mail | Eileen Bell | Sgt. Robert Flores | Re: EEOC Charge No. 210-2004-05557 (Detlef Sommerfield Conciliation) | Attorney-Client Communication |

| 02/06/2006 | Attorney Notes | Eileen Bell | | DOJ Interviews - Sgt. Lawrence Knasiak | Attorney Work Product |
| --- | --- | --- | --- | --- | --- |
| 02/07/2006 | Attorney Notes | Eileen Bell | | DOJ Interviews - Ofc. Christopher Taliaferro | Attorney Work Product |
| 02/07/2006 | Attorney Notes | Eileen Bell | | DOJ Interviews - Ofc. Abdalla Abuzanat | Attorney Work Product |
| 02/08/2006 | Attorney Notes | Eileen Bell | | DOJ Interviews - Sgt. Steven Cannizzo | Attorney Work Product |
| 12/02/2005 | Electronic Mail | Eileen Bell | Sheri Mecklenburg | Sommerfield U.S. DOJ Request for Documents and Information | Attorney-Client Communication |
| 02/03/2006 | Attorney Notes | Eileen Bell | | Sommerfield DOJ | Attorney Work Product |
| 03/05/2004 | Attorney Notes | Eileen Bell | | Sommerfield DOJ | Attorney Work Product |
| 02/03/2006 | City of Chicago Fax Transmission | Eileen Bell | Sgt. Robert Flores | Sommerfield | Attorney-Client Communication |
| 02/03/2006 | CPD Memorandum | Sgt. Robert Flores | Eileen Bell | Sommerfield Case | Attorney-Client Communication |

| 01/31/2006 | CPD Fax Transmission | Sgt. Robert Flores | Eileen Bell | Notifications for Sommerfield | Attorney-Client Communication |
| --- | --- | --- | --- | --- | --- |
| 02/02/2006 | Electronic Mail | Sgt. Flores | Eileen Bell | Sommerfield | Attorney-Client Communication |
| 02/02/2006 | City of Chicago Fax Transmission | Eileen Bell | Sgt. Robert Flores | Sommerfield | Attorney-Client Communication |
| 01/31/2006 | Electronic Mail | Sgt. Robert Flores | Eileen Bell | RE: Sommerfield | Attorney-Client Communication |
| 01/20/2006 | Attorney Notes | Eileen Bell | | Notes | Attorney Work Product |
| 01/19/2006 | Attorney Notes | Eileen Bell | | Notes | Attorney Work Product |
| 01/04/2006 | CPD Fax Transmission | Sgt. Karen Konow | Eileen Bell | Sommerfield - Signature page follows | Attorney-Client Communication |
| 01/03/2006 | Electronic Mail | Sgt. Karen Konow | Eileen Bell | Sommerfield | Attorney-Client Communication |
| 01/03/2006 | Electronic Mail | Eileen Bell | Sgt. Karen Konow | RE: Sommerfield - DOJ | Attorney-Client Communication |
| 01/03/2006 | Electronic Mail | Sgt. Karen Konow | Eileen Bell | Sommerfield-DOJ | Attorney-Client Communication |
| 01/03/2006 | Attorney Notes | Eileen Bell | | Notes | Attorney Work Product |

| 12/27/2005 | **CPD Memorandum** | **Sgt. Karen Konow** | **Eileen Bell** | **Sommerfield v. City of Chicago, 210200405557** | **Attorney-Client Communication** |
|---|---|---|---|---|---|
| 11/16/2005 | **CPD Memorandum** | **Sgt. Karen Konow** | **Eileen Bell** | **Sommerfield v. City of Chicago, 210200405557** | **Attorney-Client Communication** |
| 12/16/2005 | **Attorney Notes** | **Eileen Bell** | | | **Attorney Work Product** |
| 12/14/2005 | **CPD Memorandum** | **Sgt. Karen Konow** | **Eileen Bell** | **Sommerfield v. City, 210200405557** | **Attorney-Client Communication** |